IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JO PATTERSON ) | |
| ) | |
| ) | Case No. 3:10-0422 |
| v. ) | JUDGE SHARP |
| ) | |
| THE METROPOLITAN GOVERNMENT ) | |
| OF NASHVILLE AND DAVIDSON ) | |
| COUNTY, TENNESSEE ) | |

**O R D E R**

Due to a conflict with the Court's calendar, the jury trial in this matter scheduled to begin on July 31, 2012 is hereby RESCHEDULED for Tuesday, August 7, 2012 at 9:00 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1