# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JOP PATTERSON | ) |
| | ) CASE NO: 3-10-0422 |
| v. | ) JUDGE KEVIN H. SHARP |
| | ) |
| THE METROPOLITAN GOVERNMENT | ) |
| OF NASHVILLE AND DAVIDSON | ) |
| COUNTY TENNESSEE | ) |

√ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the jury found as follows:

-Plaintiff Jo Patterson did <u>not</u> prove by a preponderance of the evidence that her race or gender was a motivating factor in her discharge from employment by the Metropolitan Government.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY, JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE.**

DATE: August 9, 2012

KEITH THROCKMORTON, CLERK

BY: *Angie Brewer*
Deputy Clerk